UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Kevin M. Jones,                )
                               )
         Plaintiff,            )
                               )
    v.                         )    Civil Action No. 07 2066
                               )
United States of America,      )
                               )
         Defendant.            )

MEMORANDUM OPINION

This matter is before the Court on review of plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The application will be granted and the complaint dismissed for lack of subject matter jurisdiction.

Plaintiff is a resident of Washington, D.C., suing the United States for $130 million in damages. He also seeks a declaration "that classifies [him] the inherent status, 'American'." Compl. at 3. Plaintiff's damages claim is properly brought under the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 2671 *et seq*. An FTCA claim is maintainable only after the plaintiff has exhausted his administrative remedies by "first present[ing] the claim to the appropriate Federal agency. . . ." 28 U.S.C. § 2675. This exhaustion requirement is jurisdictional. *See GAF Corp. v. United States*, 818 F.2d 901, 917-20 (D.C. Cir. 1987); *Jackson v. United States*, 730 F.2d 808, 809 (D.C. Cir. 1984); *Stokes v. U.S. Postal Service*, 937 F. Supp. 11, 14 (D.D.C. 1996).

The Court lacks jurisdiction to consider plaintiff's damages claim because he has not indicated that he exhausted his administrative remedies. *See Abdurrahman v. Engstrom*, 168 Fed.Appx. 445, 445 (D.C. Cir. 2005) (per curiam) ("[T]he district court properly dismissed case [based on unexhausted FTCA claim] for lack of subject matter jurisdiction."). Lacking subject

matter jurisdiction, the Court may not entertain plaintiff's claim for declaratory relief. *See* 28 U.S.C. § 2201 (authorizing the court to declare rights and other legal relations "[i]n a case of actual controversy within its jurisdiction"). Accordingly, the complaint will be dismissed by separate Order issued contemporaneously.

                                                   /s/ Ellen S. Huvelle
                                                   United States District Judge

Date: November 5, 2007