UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV 15 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Kevin M. Jones,            )
                           )
        Plaintiff,         )
                           )
    v.                     )    Civil Action No.  07 2066
                           )
United States of America,  )
                           )
        Defendant.         )

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 5 day of November 2007,

ORDERED that the application to proceed *in forma pauperis* [Dkt. No. 2] is GRANTED; and it is

FURTHER ORDERED that this case is DISMISSED without prejudice for lack of subject matter jurisdiction.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　United States District Judge